1444

**2011–0273. State v. Johnson.**
Clark App. No. 08CA34, 2009-Ohio-4123. On motion for leave to file delayed appeal. Motion denied.

**2011–0292. State v. Milby.**
Montgomery App. No. 23798, 2010-Ohio-6344. On motion for stay of court of appeals' judgment. Motion denied.

**2011–0294. State v. Parker.**
Lucas App. No. L–09–1298, 2010-Ohio-5892. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, C.J., and LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2011–0314. Waiters v. Lavelle.**
Cuyahoga App. No. 95270, 2011-Ohio-116. On emergency motion to stay arbitration process and motion to consolidate. Motions denied.

# APPEALS ACCEPTED FOR REVIEW

**2011–0019. Jackson v. Bartec, Inc.**
Franklin App. No. 10AP–173, 2010-Ohio-5558.

O'CONNOR, C.J., and PFEIFER, J., dissent.

**2011–0024. Miller v. Miller.**
Trumbull App. No. 2009–T–0061, 2010-Ohio-5662.

O'CONNOR, C.J., would accept the appeal on Proposition of Law Nos. I, II, and III only.

**2011–0065. State v. McAlmont.**
Clark App. No. 09–CA–21, 2010-Ohio-5879. Discretionary appeal accepted; cause held for the decision in 2010–1636, *State v. Gunnell,* Clark App. No. 09–CA–0013, 2010-Ohio-4415; and briefing schedule stayed.

PFEIFER and McGEE BROWN, JJ., dissent.